# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D24-139
LT Case No. 2020-MM-000644-A

_____

TAMI J. ALBRECHT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the County Court for Nassau County.
Jenny S. Higginbotham, Judge.

Tami J. Albrecht, Jacksonville, pro se.

No Appearance for Appellee.

March 12, 2024

PER CURIAM.

AFFIRMED.

EISNAUGLE, BOATWRIGHT, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____